# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Webster Bank, National Association<br>v.<br>Cory Cybul | Case Number:<br><br>**FILED: MAY 01, 2008**<br>**08CV2494    AEE**<br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Webster Bank National Association

| | |
|---|---|
| NAME (Type or print)<br> Daniel Lynch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Daniel Lynch | |
| FIRM<br> Lynch & Stern LLP | |
| STREET ADDRESS<br> 150 S. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP<br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6202499 | TELEPHONE NUMBER<br> 312-346-8700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐