IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,    Plaintiff,    v.    CORY CYBUL,    Defendant. | ```
FILED: MAY 01, 2008
08CV2494     AEE
JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ
``` |

**PLAINTIFF WEBSTER BANK'S LOCAL RULE 3.2 STATEMENT**

Plaintiff, Webster Bank, National Association ("Webster Bank"), by and through its attorneys, states the following pursuant to Local Rule 3.2:

1. Plaintiff Webster Bank is a national banking association, chartered pursuant to 12 U.S.C. § 21, et seq.

2. Plaintiff Webster Bank is wholly owned by Webster Financial Corporation.

3. Webster Financial Corporation is a publicly traded corporation, traded on the New York Stock Exchange under the symbol WBS.

4. Webster Financial Corporation has no publicly held affiliates.

Dated: May 1, 2008

Daniel Lynch (Ill. Bar No. 6202499)
Lynch & Stern LLP
150 S. Wacker Dr., Suite 2600
Chicago, IL  60606
(312) 442-9480 / (312) 896-5883 (fax)

Respectfully submitted,
Webster Bank, National Association,

  s/ *Daniel Lynch* (filed electronically)
       By: One of Its Attorneys