# United States District Court for the Northern District of Illinois

Case Number: 08cv2494    Assigned/Issued By: j. n.

Judge Name: kendall    Designated Magistrate Judge: valdez

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
   [ ] IFP    [ ] No Fee   [ ] Other _____
   [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2733404

Date Payment Rec'd: 5-1-08    Fiscal Clerk: j. n.

## ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
   _____
   _____
   (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
       (Type of Writ)

1  Original and  0  copies on  5-1-08  as to  defendant
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05