AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WEBSTER BANK NATIONAL
ASSOCIATION,
    Plaintiff

CASE NUMBER: **08CV2494**

V.

ASSIGNED JUDGE: **JUDGE KENDALL**

CORY J. CYBUL,
    Defendant

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Cory J. Cybul
995 Victoria Street
Antioch, IL  60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Lynch
Lynch & Stern LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

May 1, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: May 18, 2008 |
| NAME OF SERVER (PRINT): John C. Mahr | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 995 Victoria Street, Antioch, IL 60002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $54.50 | $118.75 | $173.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 19, 2008
          Date                Signature of Server

120 East Ogden, Suite 12, Hinsdale, IL 60521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.