**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WEBSTER BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | FILED JUNE 2, 2008 |
| v. | ) | 08 CV2494 |
| | ) | JUDGE KENDALL |
| CORY CYBUL, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| Defendant. | ) | |

**<u>APPEARANCE</u>**

ROACH, JOHNSTON & THUT does hereby enter its appearance on behalf of Defendant, CORY CYBUL, in the above-entitled cause.


Dated: June 2, 2008


ROACH, JOHNSTON & THUT


<u>s/C. Jeffrey Thut, (filed electronically)</u>

By:    C. JEFFREY THUT, Attorney for Defendant,
       CORY CYBUL




C. JEFFREY THUT
Atty. No. 06188219
Roach, Johnston & Thut
516 North Milwaukee Avenue
Libertyville, Illinois 60048
(847) 549-0600, Fax (847) 549-0312