**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Webster Bank
                     Plaintiff,

v.                                    Case No.: 1:08−cv−02494
                                       Honorable Virginia M. Kendall

Cory Cybul
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

     MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 10/7/2008 at 09:00 AM. Defendant's oral motion for an extension of time to 7/11/2008 to file his answer and counterclaim is granted. All fact discovery shall be completed by 10/6/2008. Dispositive motions with supporting memoranda due by 11/7/2008. Responses due by 12/8/2008. Replies due by 12/22/2008. Court will rule by mail. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.