**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　) Case No. 08 C 2494<br>　　　　　Plaintiff　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　　　　　　　　) Hon. Virgina M. Kendall<br>　　　　　　　　　　　　　　　　　　　　　　　　　)<br>CORY CYBUL,　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　　　　　　　)| |

To:　Counsel of Record

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 19, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kendall, at the Dirksen Federal Courthouse, Room 2314, 219 South Dearborn Street, Chicago, Illinois, 60604, or before any other judge who may be sitting in her stead, and shall then and there present the attached: **Plaintiff Webster Bank's Motion for Summary Judgment.**

　　　　　　　　　　　　　　　　　　　　　　　s// *Amy J. Hansen* (filed electronically)


CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 8, 2008, she caused a copy of the foregoing Notice of Motion and Motion to be served on the parties listed above, electronically by virtue of the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　s// *Amy J. Hansen* (filed electronically)
　　　　　　　　　　　　　　　　　　　　　　　LYNCH & STERN LLP
　　　　　　　　　　　　　　　　　　　　　　　ahansen@lynchandstern.com
　　　　　　　　　　　　　　　　　　　　　　　150 S. Wacker Dr., Suite 2600
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　(312) 346-1600, ext 205